```
         IN THE UNITED STATES DISTRICT COURT FOR
            THE EASTERN DISTRICT OF OKLAHOMA
```

**UNITED STATES OF AMERICA,** )
               **Plaintiff,**)
**vs.** )    CIV 01-396-FHS
                     )
**MITCHELL MURPHY, JR.;** )
**JANE DOE, spouse of Mitchell** )
**Murphy, Jr., if any; et al.,** )
              **Defendants.**)

## O R D E R

Now on this 27th day of March, 2008, there comes on for hearing motion by the plaintiff to Release the Journal Entry of Judgment and Dismissal of Action. The court being advised in the premises finds that said Journal Entry of Judgment should be released and the case dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff's Motion to Release Journal Entry and Dismiss Action is hereby granted.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma